UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ELIZABETH M. TORPEY,       : | |
| :                             | |
| Plaintiff,          : | |
| :                             | |
| v.                         : | File No. 1:13-cv-265-jgm-jmc |
| :                             | |
| COMMISSIONER OF SOCIAL SECURITY,  : | |
| :                             | |
| Defendant.         : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed September 12, 2014.  (Doc. 12.)  After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  See 28 U.S.C. § 636(b)(1).

Plaintiff's motion for an order reversing the decision of the Commissioner (Doc. 7) is DENIED.  Defendant's motion for an order affirming the Commissioner's decision (Doc. 10) is GRANTED.  The decision of the Commissioner is hereby AFFIRMED.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 17th day of December, 2014.


/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
United States District Judge